# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 24-6057

**Case Name** Emert V. Vena, et al

**Counsel submitting this form** Rob Emert, pro se

**Represented party/parties** Rob Emert is pro se.

*Briefly describe the dispute that gave rise to this lawsuit.*

I, Rob Emert, was served divorce papers by my then-wife Andrea Emert (now Schuck) in September 2019. For almost two years following, custody of our children remained at a 50/50 split, supported by rulings from two judges, three family court services reports, and two child interviews. In February 2021, Commissioner Patti Ratekin took over our case. Ratekin's supervising judge's wife was friends with Andrea, creating a conflict of interest known to Andrea and her attorney, Dave Schulman. Ratekin also improperly denied my peremptory challenge under California Code of Civil Procedure §170.6 and sought to place my son in a facility without justification. Within a month, Ratekin stripped me of all parental rights without clear and convincing evidence or any change in circumstances. When faced with potential charges under California Penal Code §278.5(a) for child abduction, I acted in compliance with §278.7, which provides a defense for parents acting to protect their child from immediate danger. Despite this, I was imprisoned. The defendants' actions violate my due process rights under the 14th Amendment and my fundamental right to parent under Troxel v. Granville. I have extensive evidence to support my claims but have been denied an evidentiary hearing, violating my right to be heard under Armstrong v. Manzo.

As a whistleblower exposing unethical behavior, I believe I've been subject to retaliation, which is prohibited under various federal and state laws. I'm now seeking justice through the 9th Circuit Court, hoping for an opportunity to present my case and evidence in accordance with my constitutional rights.

*Briefly describe the result below and the main issues on appeal.*

Result: The federal district court dismissed my lawsuit, citing the Rooker-Feldman doctrine, which prohibits federal courts from reviewing state court judgments. Main Issues on My Appeal:1. Fraud on the Court: I allege extensive fraud by multiple actors in state proceedings, which I argue falls outside Rooker-Feldman's scope.2. ADA Violations: I claim ongoing ADA violations in state court proceedings, presenting these as independent federal rights violations.
3. Constitutional Rights Violations: I assert violations of my parental rights, due process, and First Amendment rights as independent claims.4. Misapplication of Rooker-Feldman: I argue that the doctrine was incorrectly applied to my case.
5. Three-Judge Panel Request: I'm requesting this due to the complexity of constitutional issues involved.6.Relief from Judgment: I'm seeking relief under FRCP 60(b) and 60(d) based on alleged fraud and new evidence.7.Leave to Amend: I'm requesting to amend my complaint with new allegations of fraud and ongoing constitutional violations.My appeal contends the district court erred in dismissing my case without considering my evidence of fraud and constitutional violations, which I believe warrant federal court intervention despite Rooker-Feldman.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

There is another related case submitted to the 9th Circuit; docket 24-5856.
There is a related case still with the Southern California District Court; 3:24-cv-00671-JO-MSB.There is a related Habeas Corpus with the California Supreme Court; S284407.
I believe all these cases will end up in the 9th Circuit so for Judicial economy, I respectfully request that the cases get reviewed by the same three judge panel.
I am a whistleblower who simply got railroaded by an unethical few that has almost killed me with a widow maker heart attack and I would simply appreciate my fair day in court with a jury and a chance to present my evidence.

**Signature** Robert Emert **Date** 10/07/24

*(use* "s/[typed name]" *to sign electronically-filed documents)*