# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

ROBERT EMERT,

Plaintiff-Appellant,

v.

Luis Pena, et al.,

Defendants-Appellees.

No. 24-6057

D.C. No. 3:23-cv-00230-RSH-AHG

**RE: Streamlined Request to Extend Time to File Brief**

Dear Clerk of the Court:

Pursuant to Circuit Rule 31-2.2(a), I respectfully request a streamlined 30-day extension of time to file the opening brief in the above-referenced case. The current due date for the opening brief is November 5, 2024. With this extension, the new due date for the opening brief will be December 5, 2024, 30 days from the current due date.

Thank you for your attention to this matter.

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system and served all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy of the following document and at the addresses listed below:

     **Streamlined Request to Extend Time to File Brief**

     austin.uhler@sdcounty.ca.gov ; schulman@msmfamilylaw.com ; DPettit@PettitKohn.com ; sbloch@pettitkohn.com ; carmela.duke@sdcourt.ca.gov ; peter@pqslaw.com ; steven.inman@sdcounty.ca.gov ; williams@williamsiagmin.com ; sbear@msmfamilylaw.com ; austin.uhler@sdcounty.ca.gov ; mcord@apjohnsonesq.com

Dated: October 29, 2024

Respectfully submitted,

Robert Emert

Robert Emert, Pro Se

2351 Vista Lago Terrace

Escondido, CA 92029

760-612-9328

Streamlined Request to
Extend Time to File Brief